# TRANSFER LIST

1. 4:10-00324-02-CR-W-BCW    USA v. Cristobal Miguel Castaneda-Hernandez
2. 4:10-00324-03-CR-W-BCW    USA v. Jose Ricardo Garcia-Angulo
3. 4:10-00324-09-CR-W-BCW    USA v. Enrique Gonzales Mendoza
4. 4:17-00082-02-CR-W-BCW    USA v. Ananeia Derseh
5. 4:18-00129-01-CR-W-DGK    USA v. Tony Smallwood-Roberts
6. 4:18-00129-02-CR-W-DGK    USA v. Antoine Davis
7. 4:18-00129-03-CR-W-DGK    USA v. Kenneth Smith
8. 4:18-00129-04-CR-W-DGK    USA v. Jonathan Moltbia
9. 4:18-00129-05-CR-W-DGK    USA v. Jerell Briggs
10. 4:18-00129-07-CR-W-DGK    USA v. Breonna Gordon
11. 4:18-00129-08-CR-W-DGK    USA v. Keenan London
12. 4:18-00129-09-CR-W-DGK    USA v. Victor McVea
13. 4:18-00129-10-CR-W-DGK    USA v. Antwon Tolefree
14. 4:18-00129-12-CR-W-DGK    USA v. Umkhonto Hewitt
15. 4:18-00129-13-CR-W-DGK    USA v. Amanda Gibson
16. 4:18-00134-01-CR-W-GAF    USA v. Rene Lugo-Barcenas
17. 4:18-00134-02-CR-W-GAF    USA v. Wendy Valdivieso-Serrano
18. 4:18-00134-03-CR-W-GAF    USA v. Itzel Ordaz
19. 4:18-00134-04-CR-W-GAF    USA v. Gustavo Elisea-Basurto
20. 4:18-00134-05-CR-W-GAF    USA v. Ramiro Elsea-Basurto
21. 4:18-00134-06-CR-W-GAF    USA v. Rosa Rivera-Chavez
22. 4:18-00134-07-CR-W-GAF    USA v. Ruben Chavez-Pimentel
23. 4:18-00134-08-CR-W-GAF    USA v. Jairo Bernardino-Tello
24. 4:18-00134-09-CR-W-GAF    USA v. Miguel Sanchez-Tello
25. 4:18-00134-10-CR-W-GAF    USA v. Jarrod Hunt
26. 4:18-00134-11-CR-W-GAF    USA v. Ted J Hilton, Sr.
27. 4:18-00134-12-CR-W-GAF    USA v. Michael I Runions

| | | |
|---|---|---|
| 28. | 4:18-00134-13-CR-W-GAF | USA v. George D Williamson |
| 29. | 4:18-00134-14-CR-W-GAF | USA v. Arthur D Barrett |
| 30. | 4:18-00134-15-CR-W-GAF | USA v. Tyson J Williams |
| 31. | 4:18-00134-17-CR-W-GAF | USA v. Krystal Mallicoat |
| 32. | 4:18-00153-01-CR-W-RK | USA v. Joel Jerome Tucker |
| 33. | 4:18-00293-01-CR-W-DGK | USA v. Gerald L Ginnings |
| 34. | 4:18-00293-02-CR-W-DGK | USA v. Trevor Scott Sparks |
| 35. | 4:18-00293-03-CR-W-DGK | USA v. Markus Michael A Patterson |
| 36. | 4:18-00293-04-CR-W-DGK | USA v. Gloria May Jones |
| 37. | 4:18-00293-05-CR-W-DGK | USA v. Vicente Araujo |
| 38. | 4:18-00293-06-CR-W-DGK | USA v. Leslie Ladon Walker |
| 39. | 4:18-00293-07-CR-W-DGK | USA v. David Robert Richards, II |
| 40. | 4:18-00293-08-CR-W-DGK | USA v. Christian Douglas Hansen |
| 41. | 4:18-00293-09-CR-W-DGK | USA v. Stephanie Thurmond |
| 42. | 4:18-00293-10-CR-W-DGK | USA v. Leeanna Michelle Schroeder |
| 43. | 4:18-00293-11-CR-W-DGK | USA v. Adam Joseph Mainieri |
| 44. | 4:18-00293-12-CR-W-DGK | USA v. Paul J Kibodeaux |
| 45. | 4:18-00293-13-CR-W-DGK | USA v. Kourtney Jayne Meyers |
| 46. | 4:18-00293-14-CR-W-DGK | USA v. Cory Taz-Dalton Hack |
| 47. | 4:18-00293-15-CR-W-DGK | USA v. Rory Dale Bechtel |
| 48. | 4:18-00293-16-CR-W-DGK | USA v. Phillip Tra Joseph Hoyt |
| 49. | 4:18-00293-17-CR-W-DGK | USA v. Bobbie Lynn King |
| 50. | 4:18-00293-18-CR-W-DGK | USA v. Logan Tanner Laws |
| 51. | 4:18-00293-19-CR-W-DGK | USA v. Kenneth James McClure |
| 52. | 4:18-00293-20-CR-W-DGK | USA v. Marion Douglas McCrorey |
| 53. | 4:18-00293-21-CR-W-DGK | USA v. Patricia Gail Nelson |
| 54. | 4:18-00293-22-CR-W-DGK | USA v. Christapher Dean Parton |
| 55. | 4:18-00293-23-CR-W-DGK | USA v. Christopher Brian Rogan |
| 56. | 4:18-00293-24-CR-W-DGK | USA v. Amanda Leigh Watson |

| | | |
|---|---|---|
| 57. | 4:18-00293-25-CR-W-DGK | USA v. Michael Glen Zieger |
| 58. | 4:19-00329-01-CR-W-GAF | USA v. Brian K Tice |
| 59. | 4:20-00201-01-CR-W-BCW | USA v. Marcell M Sanders |
| 60. | 5:19-06002-01-CR-SJ-RK | USA v. Patrick Michael Dingle |
| 61. | 5:19-06005-01-CR-SJ-RK | USA v. Stephon Ziegler |
| 62. | 5:19-06007-01-CR-SJ-RK | USA v. Matthew C McPherson |
| 63. | 5:19-06009-01-CR-SJ-RK | USA v. Rustin Simon |