IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>ARTHUR D. BARRETT,<br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 18-00134-14-CR-W-GAF<br><br>Date: April 14, 2021 |

## MINUTE SHEET

The Honorable Gary A. Fenner, presiding at Kansas City, Missouri

Nature of Proceeding: Change of Plea

Time commenced:   10:11 a.m.          Time terminated:   10:30 a.m.

## APPEARANCES

Plaintiff's counsel:    Maureen Brackett, AUSA
Defendant's counsel: Thomas M. Bradshaw, Retained
Probation officer:     Lynn Berry

**PROCEEDINGS VIA VIDEO TELECONFERENCE:** Defendant appears to change his/her plea from not guilty to guilty to count(s) 1ss of the second superseding indictment.

Defendant sworn. Charge and range of punishment read. Record made regarding plea agreement and defendant pleading to Count 1ss of the second superseding indictment. Court questions defendant regarding physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges. Plea Agreement filed. Court accepts defendant's plea. Court orders Presentence Investigation Report.

Defendant to remain in custody pending sentencing.

Court Reporter:  Gayle Wambolt                                    Courtroom Deputy:  Lisa Mitchell